# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **COURT MINUTES - CRIMINAL** |
| ) | BEFORE: Jeffrey J. Keyes, 6A |
| Plaintiff, ) | U.S. Magistrate Judge |
| ) | |
| v. ) | Case No: MJ 10-534 AJB |
| ) | Date: December 13, 2010 |
| Donna Mary Zauner, ) | Time Commenced: 11:35 a.m. |
| ) | Time Concluded: 11:48 a.m. |
| Defendant. ) | Time in Court: 13 Minutes |

☒ **PRELIMINARY/DETENTION HRG**
    Time in Court Prelim/Det: 1/12

## APPEARANCES:

Plaintiff:    Karen Schommer, Assistant U.S. Attorney
Defendant:    Andrea George
             ☒ FPD

On  ☒ Complaint

☒ Deft Ordered Detained - Govt to submit proposed order

☒ Probable cause found. Deft bound over to District Court of Minnesota

Additional Information:
Defendant waived the preliminary hearing.

                                                  *s/Theresa Anderson*
                                                  Criminal Duty Clerk